UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH CLARK,

                Plaintiff,

-vs-                                             Case No.  2:07-cv-384-FtM-34SPC

AQUADOC, INC.,

                Defendant.

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on the Plaintiff Joseph Clark and AquaDoc, Inc.'s Joint Notice of Settlement and Motion for Approval (Doc. #23) filed on August 29, 2007.  The matter was referred by the District Court for the issuance of a Report and Recommendation on September 3, 2007.

      This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.* The Parties have reached a settlement agreement and seek court approval of that agreement.  In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."

      In the Joint Motion for Approval submitted by the Parties, (Doc. # 23), the Parties provide that the Defendants will pay 100% of the Plaintiff's agreed upon settlement sum plus attorney's fees. Because the Plaintiff Joseph Clark has agreed that the settlement figure was entered into knowingly

and voluntarily, after having the opportunity to fully discuss it with his attorney, the Court concludes

that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RECOMMENDED:**

The Plaintiff Joseph Clark and AquaDoc, Inc.'s Joint Notice of Settlement and Motion for

Approval (Doc. #23) should be **GRANTED**.

**Failure to file written objections to the proposed findings and recommendations**

**contained in this report within ten (10) days from the date of its filing shall bar an aggrieved**

**party from attacking the factual findings on appeal.**

**RESPECTFULLY RECOMMENDED** at Fort Myers, Florida, this __6th__ day of September,
2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record